**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Custom Bytes Inc of KY** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5352758** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2009 South Hurstbourne Parkway** <br> **Louisville, KY 40220** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District ___ | When ___ | Case number ___ |
| District ___ | When ___ | Case number ___ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor ___ | | Relationship to you ___ |
| District ___ | When ___ | Case number, if known ___ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

            Contact name      _____

            Phone             _____

---

| | |
|---|---|
| ■ | **Statistical and administrative information** |

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | . *Check one:* |

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

---

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☑ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

---

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☑ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  3, 2015**
                MM / DD / YYYY

**X** **/s/ Martin Prielozny**                                    **Martin Prielozny**
Signature of authorized representative of debtor                 Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ David M Cantor**                                    Date **December  3, 2015**
Signature of attorney for debtor                                MM / DD / YYYY

**David M Cantor**
Printed name

**Seiller Waterman LLC**
Firm name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone    **502-584-7400**        Email address

Bar number and State

# MINUTES OF SPECIAL MEETING
## OF
## CUSTOM BYTES INC OF KY

A special meeting of the directors of Custom Bytes Inc of Ky was held on the 23rd day of November, 2015 at 2:00 p.m. at the offices of the company located at 2009 South Hurstbourne Parkway, Louisville, KY 40220.  Present were Alexsandr Munits and Martin Prielozny.

Martin Prielozny stated it is in the company's best interest to file Chapter 11 bankruptcy. Upon motion duly made, the following resolutions were unanimously carried:

RESOLVED, that the company file a voluntary petition for relief pursuant to Chapter 11 of title 11 U.S.C. and that Martin Prielozny is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.

BE IT FURTHER RESOLVED that the company retain David M. Cantor and the law firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the directors, the meeting was adjourned.

/s/ Martin Prielozny
MARTIN PRIELOZNY

G:\doc\DMC\CUSTOM BYTES\Corp Resolution.wpd

# SMALL BUSINESS DOCUMENTS

## United States Bankruptcy Court
### Western District of Kentucky

In re  **Custom Bytes Inc of KY**

_____ Case No.
Debtor(s)                        Chapter  **11**  _____

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

    1. Gross Income For 12 Months Prior to Filing:        $     **400,000.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

    2. Gross Monthly Income        $     **25,000.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 8,000.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 150.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 5,000.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 5,000.00 |
| 11. Utilities | 800.00 |
| 12. Office Expenses and Supplies | 2,000.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 270.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

    20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

        DESCRIPTION        TOTAL

    21. Other (Specify):

        DESCRIPTION        TOTAL

    22. Total Monthly Expenses (Add items 3-21)    $     **21,220.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $     **3,780.00**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVIL                          LE DIVISION

IN RE:                                    )
                                          )
CUSTOM BYTES INC OF KY                    )              CHAPTER 11
                                          )
                         Debtor           )              CASE NO. _____
                          )_____

**STATEMENT IN LIEU OF BALANCE**
**SHEETS AND STATEMENT OF OPERATIONS**

**\* \* \*   \* \* \*   \* \* \***

      Comes the Debtor, Custom  Bytes Inc of Ky   (the "Debtor"), and pu rsuant to 11 U.S.C.

§1116(1)(B) hereby states under penalty of perjur      y that no balance sheet    s or statem  ent of

operations have been prepared for the Debtor.


                                  /s/ Martin Prielozny_____
                                  Custom Bytes, Inc. of KY
                                  By: Martin Prielozny, President


                                  Respectfully submitted,


                                  /s/ David M. Cantor_____
                                  DAVID M. CANTOR
                                  SEILLER WATERMAN LLC
                                  Meidinger Tower – 22nd Floor
                                  462 S. Fourth Street
                                  Louisville, Kentucky 40202
                                  Telephone: (502) 584-7400
                                  Facsimile: (502) 583-2100
                                  E-mail: cantor@derbycitylaw.com
                                  *Proposed Counsel for Debtor*

OMB No. 1545-0123

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2014 or tax year beginning _____ , 2014, ending _____ , 20 __

▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

**2014**

| A Check if: | | | | |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) ☐ | | Name CUSTOM BYTES OF KY | | **B** Employer identification number |
| b Life/nonlife consolidated return . . ☐ | **TYPE OR PRINT** | | | 20-5352758 |
| 2 Personal holding co. (attach Sch. PH) . ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. | | **C** Date incorporated |
| | | 2009 SOUTH HURSTBOURNE PARKWAY | | 07/01/2006 |
| 3 Personal service corp. (see instructions) . ☐ | | City or town, state, or province, country and ZIP or foreign postal code | | **D** Total assets (see instructions) |
| 4 Schedule M-3 attached ☐ | | LOUISVILLE                KY    40220-0000 | | $              112,975 |

**E** Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

| | | | | | |
|---|---|---|---|---|---:|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . . . . . . . . | 1a | 501,950 | |
| | b | Returns and allowances . . . . . . . . . . . . . . . . | 1b | | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . | | 1c | 501,950 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . | | 2 | 315,275 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . | | 3 | 186,675 |
| | 4 | Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . . . . . | | 4 | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 5 | |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . . . | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . | | 9 | |
| | 10 | Other income (see instructions—attach statement) . . . . . . . . . . . . . . . ▶ | | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . . . ▶ | | 11 | 186,675 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . . . . ▶ | | 12 | 75,442 |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . | | 13 | |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . | | 14 | |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 15 | |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16 | 48,059 |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . | | 17 | |
| | 18 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | |
| | 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . | | 20 | |
| | 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 21 | |
| | 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 22 | |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . | | 23 | |
| | 24 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . | | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) . . . . . . . . . . . . | | 25 | |
| | 26 | Other deductions (attach statement) . . . . . . . . . . . . . . . . . . . . | | 26 | 51,355 |
| | 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . ▶ | | 27 | 174,856 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . | | 28 | 11,819 |
| | 29a | Net operating loss deduction (see instructions) . . . . . . . . . . | 29a | 829 | |
| | b | Special deductions (Schedule C, line 20) . . . . . . . . . . . . | 29b | | |
| | c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . | | 29c | 829 |
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) . . . . . . . . . . | | 30 | 10,990 |
| | 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . . | | 31 | 1,649 |
| | 32 | Total payments and refundable credits (Schedule J, Part II, line 21) . . . . . . . . . . | | 32 | |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . ▶ ☐ | | 33 | |
| | 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed . . . . . | | 34 | 1,649 |
| | 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid . . . . | | 35 | |
| | 36 | Enter amount from line 35 you want: **Credited to 2015 estimated tax** ▶ _____ Refunded ▶ | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____   _____   PRESIDIENT
Signature of officer                 Date              Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|---|
| | PETRONILLA A CHILDERS | [signature] | 9/8/15 | | |
| | Firm's name ▶ STUARTS TAX SERVICE | | | Firm's EIN ▶ 61-1228799 | |
| | Firm's address ▶ 270 PAULA LANE       SHEPHERDSVILLE   KY 40165 | | | Phone no. 502-894-0775 | |

SPA   For Paperwork Reduction Act Notice, see separate instructions.          1037 PEI 4USBC1          Form **1120** (2014)

CUSTOM BYTES OF KY                                                                        20-5352758

Form 1120 (2014)                                                                                  Page **2**

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations . . . . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation . . . . . . . . | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7. 8. 11, or 12 . . . | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . . | | | |
| 15 | Foreign dividend gross-up . . . . . . . . . . . . . . . | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 . . . . . . | | | |
| 17 | Other dividends . . . . . . . . . . . . . . . . . | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . ▶ | | | |

SPA                                       1037 PEI 4USBC2                                Form **1120** (2014)

CUSTOM BYTES OF KY                                                  20-5352758

Form 1120 (2014)                                                           Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|
| **Part I** | **Tax Computation** | | |
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) . . . . ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) . . . . . . . ▶ ☐ | 2 | 1,649 |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . | 3 | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . | 4 | 1,649 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . | 5a | | |
| b | Credit from Form 8834 (see instructions) . . . . . . . | 5b | | |
| c | General business credit (attach Form 3800) . . . . . . . | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . | 5d | | |
| e | Bond credits from Form 8912 . . . . . . . . . . | 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . . | 6 | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . | 7 | 1,649 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) . . . . . | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . . . . | 9b | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . | 9c | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) . . . . . . . . . . . . . . . . | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . | 9e | | |
| f | Other (see instructions—attach statement) . . . . . . . | 9f | | |
| 10 | **Total.** Add lines 9a through 9f . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . | 11 | 1,649 |
| **Part II** | **Payments and Refundable Credits** | | |
| 12 | 2013 overpayment credited to 2014 . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | 2014 estimated tax payments . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | 2014 refund applied for on Form 4466 . . . . . . . . . . . . . . . . . | 14 | ( ) |
| 15 | Combine lines 12, 13, and 14 . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | **Total payments.** Add lines 15, 16, and 17 . . . . . . . . . . . . . . . . | 18 | |
| 19 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . . . . . . | 19a | | |
| b | Form 4136 . . . . . . . . . . . . . . . . | 19b | | |
| c | Form 8827, line 8c . . . . . . . . . . . . . | 19c | | |
| d | Other (attach statement—see instructions) . . . . . . . . | 19d | | |
| 20 | **Total credits.** Add lines 19a through 19d . . . . . . . . . . . . . . . . | 20 | |
| 21 | **Total payments and credits.** Add lines 18 and 20. Enter here and on page 1, line 32 . . . . . . | 21 | |

| Schedule K | Other Information (see instructions) | | | Yes | No |
|---|---|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ▶ _____ | | | | |
| 2 | See the instructions and enter the: | | | | |
| a | Business activity code no. ▶  541511 | | | | |
| b | Business activity ▶ CUSTOM COMPUTER PROGRA | | | | |
| c | Product or service ▶ SERVICE PRODUCTS | | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . | | | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | | | |
| 4 | At the end of the tax year: | | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . | | | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . | | | | X |

SPA                                      1037 PEI 4USBC3                        Form **1120** (2014)

CUSTOM BYTES OF KY                                                                    20-5352758

| **Schedule K** | **Other Information** continued (see instructions) | | | | |
|---|---|---|---|---|---|

|  |  |  |  |  | **Yes** | **No** |
|---|---|---|---|---|---|---|

**5**    At the end of the tax year, did the corporation:

**a**    Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions.     **X**

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**b**    Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions.     **X**

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**6**    During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . .     **X**

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7**    At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? . . . . .     **X**

For rules of attribution, see section 318. If "Yes," enter:

(i) Percentage owned ▶ _____ and **(ii)** Owner's country ▶ _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached    ▶ _____

**8**    Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9**    Enter the amount of tax-exempt interest received or accrued during the tax year   ▶ $ _____

**10**   Enter the number of shareholders at the end of the tax year (if 100 or fewer)   ▶ _____

**11**   If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12**   Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.)   ▶ $ _____829_____

**13**   Are the corporation's total receipts (page 1, line 1a, plus lines **4** through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **X**

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year   ▶ $ _____

**14**   Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? . . . .     **X**

If "Yes," complete and attach Schedule UTP.

**15a**   Did the corporation make any payments in 2014 that would require it to file Form(s) 1099? . . . . . . . . . . . . .     **X**

  **b**   If "Yes," did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . .

**16**   During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **X**

**17**   During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . .     **X**

**18**   Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **X**

SPA                                 1037 PEI 4USBC4                                      Form **1120** (2014)

CUSTOM BYTES OF KY                                                                  20-5352758

Form 1120 (2014)                                                                          Page **5**

| Schedule L | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . | | | | 62,870 |
| 2a | Trade notes and accounts receivable . . . | | | | |
| b | Less allowance for bad debts . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . . . | | 31,000 | | 50,105 |
| 4 | U.S. government obligations . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . | | | | |
| 6 | Other current assets (attach statement) . . | | | | |
| 7 | Loans to shareholders . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . | | | | |
| 9 | Other investments (attach statement) . . . | | | | |
| 10a | Buildings and other depreciable assets . . | | | | |
| b | Less accumulated depreciation . . . . . | ( ) | | ( ) | |
| 11a | Depletable assets . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . | | | | |
| b | Less accumulated amortization . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . | | 31,000 | | 112,975 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . | | 31,000 | | 14,650 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) . . | | | | |
| 19 | Loans from shareholders . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) . . . . | | | | |
| 22 | Capital stock:  a Preferred stock . . . . | | | | |
| | b Common stock . . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . . | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated . . . | | | | 98,325 |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock . . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . | | 31,000 | | 112,975 |

**Schedule M-1**   Reconciliation of Income (Loss) per Books With Income per Return
Note: The corporation may be required to file Schedule M-3 (see instructions).

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . | 11,819 | 7 | Income recorded on books this year not included on this return (itemize): | | |
| 2 | Federal income tax per books . . . . . | | | Tax-exempt interest  $ _____ | | |
| 3 | Excess of capital losses over capital gains . | | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . $ _____ | | |
| a | Depreciation . . . $ _____ | | b | Charitable contributions $ _____ | | |
| b | Charitable contributions . $ _____ | | | | | |
| c | Travel and entertainment . $ _____ | | | | | |
| | | | 9 | Add lines 7 and 8 . . . . . . . | | |
| 6 | Add lines 1 through 5 . . . . . . . . | 11,819 | 10 | Income (page 1, line 28)—line 6 less line 9 | | 11,819 |

**Schedule M-2**   Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . | | 5 | Distributions:  a Cash . . . . | | |
| 2 | Net income (loss) per books . . . . . . | 11,819 | | b Stock . . . . | | |
| 3 | Other increases (itemize): _____ | | | c Property . . . | | |
| | | | 6 | Other decreases (itemize): _____ | | |
| | | | 7 | Add lines 5 and 6 . . . . . . . | | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . | 11,819 | 8 | Balance at end of year (line 4 less line 7) | | 11,819 |

# US RET 1120
## Other Deductions

| Name(s) | Tax Identification Number |
|---|---|
| CUSTOM BYTES OF KY | 20-5352758 |

| | | |
|---|---|---:|
| 1. | Amortization from Form 4562 | |
| 2. | Certain costs of qualified film or television productions that the corporation | |
| | elects to deduct. See section 181 and the related Regulations | |
| 3. | Certain business start-up and organizational costs | |
| 4. | Reforestation costs | |
| 5. | Insurance premiums | 1,968 |
| 6. | Legal and professional fees | 100 |
| 7. | Supplies used and consumed in the business | |
| 8. | Travel expenses | |
| 9a. | Total meals and entertainment expenses paid | |
| | or incurred for the business | |
| b. | Deductible meals and entertainment expenses | |
| 10. | Utilities | |
| 11. | Ordinary losses from trade or business activities of a pass through entity. | |
| | Enter as a positive on the worksheet below | |
| 12. | Any extraterritorial income exclusion from Form 8873 | |
| 13. | Any negative net section 481(a) adjustment | |
| 14. | Dividends paid in cash on stock held by an employee stock ownership plan. | |
| | See instructions for exclusions | |
| 15. | Membership dues | |
| 16. | Total of other deductions not listed above | 49,287 |
| 17. | Total other deductions | 51,355 |

# US RET 1120
## Other Deductions

| Name(s) | Tax Identification Number |
|---|---|
| CUSTOM BYTES OF KY | 20-5352758 |

| | | |
|---|---|---:|
| 1. | Amortization from Form 4562 | |
| 2. | Certain costs of qualified film or television productions that the corporation | |
| | elects to deduct. See section 181 and the related Regulations | |
| 3. | Certain business start-up and organizational costs | |
| 4. | Reforestation costs | |
| 5. | Insurance premiums | 1,968 |
| 6. | Legal and professional fees | 100 |
| 7. | Supplies used and consumed in the business | |
| 8. | Travel expenses | |
| 9a. | Total meals and entertainment expenses paid | |
| | or incurred for the business | |
| b. | Deductible meals and entertainment expenses | |
| 10. | Utilities | |
| 11. | Ordinary losses from trade or business activities of a pass through entity. | |
| | Enter as a positive on the worksheet below | |
| 12. | Any extraterritorial income exclusion from Form 8873 | |
| 13. | Any negative net section 481(a) adjustment | |
| 14. | Dividends paid in cash on stock held by an employee stock ownership plan. | |
| | See instructions for exclusions | |
| 15. | Membership dues | |
| 16. | Total of other deductions not listed above | 49,287 |
| 17. | Total other deductions | 51,355 |

# US RET 1120
## Other Deductions

| Name(s) | Tax Identification Number |
|---|---|
| CUSTOM BYTES OF KY | 20-5352758 |

16. Other deductions not listed above

| | |
|---|---|
| BANK FEES | 502 |
| MERCHANT FEES | 7,439 |
| SANATATION | 379 |
| HOSTING | 32 |
| TRAVEL | 23 |
| SHIPPING | 9,257 |
| SALES TAXES | 8,368 |
| INTERNET | 3,326 |
| SECURITY | 779 |
| OFFICE | 18,781 |
| COMMISSION FEES | 301 |
| LEGAL | 100 |

## US RET 1120
## Net Operating Loss Deduction

| Name(s) | Tax Identification Number |
|---|---|
| CUSTOM BYTES OF KY | 20-5352758 |

Carryover

| Tax Year | NOL | Prior Amount Utilized | Current Amount Utilized | Carryover to Next Year |
|---|---|---|---|---|
| 1,999 | | | | |
| 2,000 | | | | |
| 2,001 | | | | |
| 2,002 | | | | |
| 2,003 | | | | |
| 2,004 | | | | |
| 2,005 | | | | |
| 2,006 | | | | |
| 2,007 | | | | |
| 2,008 | | | | |
| 2,009 | | | | |
| 2,010 | | | | |
| 2,011 | | | | |
| 2,012 | | | | |
| 2,013 | 829 | | 829 | |

Total carryover listed above                                     829

Carryback

| Tax Year | NOL | Prior Amount Utilized | Current Amount Utilized | Amount available in other years |
|---|---|---|---|---|
| 2,015 | | | | |
| 2,016 | | | | |
| 2,017 | | | | |
| 2,018 | | | | |
| 2,019 | | | | |

Total carryback listed above

| Form **4626** | **Alternative Minimum Tax—Corporations** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to the corporation's tax return.<br>▶ Information about Form 4626 and its separate instructions is at www.irs.gov/form4626. | **2014** |

| Name | | Employer identification number |
|---|---|---|
| CUSTOM BYTES OF KY | | 20-5352758 |

**Note:** See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).

| | | | |
|---|---|---|---:|
| 1 | Taxable income or (loss) before net operating loss deduction . . . . . . . . . . . . . . . | **1** | 11,819 |
| **2** | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Amortization of certified pollution control facilities . . . . . . . . . . . . . . . . . | **2b** | |
| c | Amortization of mining exploration and development costs . . . . . . . . . . . . . . . | **2c** | |
| d | Amortization of circulation expenditures (personal holding companies only) . . . . . . . . . . | **2d** | |
| e | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2e** | |
| f | Long-term contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2f** | |
| g | Merchant marine capital construction funds . . . . . . . . . . . . . . . . . . . | **2g** | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) . . . . . . | **2h** | |
| i | Tax shelter farm activities (personal service corporations only) . . . . . . . . . . . . . . | **2i** | |
| j | Passive activities (closely held corporations and personal service corporations only) . . . . . . . | **2j** | |
| k | Loss limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2k** | |
| l | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2l** | |
| m | Tax-exempt interest income from specified private activity bonds . . . . . . . . . . . . . . | **2m** | |
| n | Intangible drilling costs . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2n** | |
| o | Other adjustments and preferences . . . . . . . . . . . . . . . . . . . . . . . | **2o** | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o. . . . . . | **3** | 11,819 |

**4** Adjusted current earnings (ACE) adjustment:

| | | | | |
|---|---|---|---|---:|
| a | ACE from line 10 of the ACE worksheet in the instructions . . . . . . . . . | **4a** | 11,819 | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions) . . . . . . . . . . . . . . . . . . . | **4b** | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount . . . . . . | **4c** | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). **Note:** You **must** enter an amount on line 4d (even if line 4b is positive) . . . . . . . . . . . . . . . . . . . | **4d** | | |
| e | ACE adjustment. | | | |
| | • If line 4b is zero or more, enter the amount from line 4c | } . . . . | **4e** | |
| | • If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | | | |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT . . . . . | **5** | 11,819 |
| 6 | Alternative tax net operating loss deduction (see instructions) . . . . . . . . . . . . . . . | **6** | 829 |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 10,990 |

| | | | | |
|---|---|---|---|---:|
| **8** | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- . . . . . . . . | **8a** | | |
| b | Multiply line 8a by 25% (.25) . . . . . . . . . . . . . . . . . . . . | **8b** | | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . | | **8c** | 40,000 |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | | **9** | |
| 10 | Multiply line 9 by 20% (.20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see instructions) . . . . . . . . . . . . | | **11** | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 . . . . . . . . . . . . . . . . . . . | | **12** | |
| 13 | Regular tax liability before applying all credits except the foreign tax credit . . . . . . . . . . . | | **13** | 1,649 |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return . . . . | | **14** | |

| SPA | For Paperwork Reduction Act Notice, see separate instructions. | 1037 PEI4BC151 | Form **4626** (2014) |
|---|---|---|---|

# US FRM 4626
## Adjusted Current Earnings (ACE) Worksheet

| Name(s) | Tax Identification Number |
|---|---|
| CUSTOM BYTES OF KY | 20-5352758 |

1. Pre-adjustment AMTI ............................................................................................ **11,819**
2. ACE depreciation adjustment:
   a. AMT depreciation
   b. ACE depreciation:
      (1) Post-1993 property
      (2) Post-1989, pre-1994 property
      (3) Pre-1990 MACRS property
      (4) Pre-1990 original ACRS property
      (5) Property described in sections 168(l)(1) through (4)
      (6) Other property
      (7) Total ACE depreciation. Add lines 2b(1) through 2b(6)
   c. ACE depreciation adjustment. Subtract line 2b(7) from line 2a
3. Inclusion in ACE of items included in earnings and profits (E&P):
   a. Tax-exempt interest income
   b. Death benefits from life insurance contracts
   c. All other distributions from life insurance contracts (including surrenders)
   d. Inside buildup of undistributed income in life insurance contracts (including surrenders)
   e. Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list)
   f. Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e
4. Disallowance of items not deductible from E&P:
   a. Certain dividends received
   b. Dividends paid on certain preferred stock of public utilities that are deductible under section 247
   c. Dividends paid to an ESOP that are deductible under section 404(k)
   d. Nonpatronage dividends that are paid and deductible under section 1382(c)
   e. Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a partial list)
   f. Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e

| US FRM 4626 |
| Adjusted Current Earnings (ACE) Worksheet |

| Name(s) | Tax Identification Number |
|---|---|
| CUSTOM BYTES OF KY | 20-5352758 |

5.   Other adjustments based on rules for figuring E&P:
  a.   Intangible drilling costs
  b.   Circulation expenditures
  c.   Organizational expenditures
  d.   LIFO inventory adjustments
  e.   Installment sales
  f.   Total other E&P adjustments. Combine lines 5a through 5e
6.   Disallowance of loss on exchange of debt pools
7.   Acquisition expenses of life insurance companies for qualified foreign contracts
8.   Depletion
9.   Basis adjustments in determining gain or loss from sale or exchange of
     pre-1994 property
10.   Adjusted current earnings.        Combine lines 1, 2c, 3f, 4f, and 5f through 9        11,819

# US FRM 4626
## Alternative Tax Net Operating Loss Deduction

| Name(s) | Tax Identification Number |
|---|---|
| CUSTOM BYTES OF KY | 20-5352758 |

Limitation (adjust if necessary)
90% of AMTI without regard to the ATNOLD and
any domestic production activities deduction          10,637

Carryforward

| Tax Year | Alternative Tax NOL | Prior Amount Utilized | Current Amount Utilized | Carryover to Next Year |
|---|---|---|---|---|
| 1,999 | | | | |
| 2,000 | | | | |
| 2,001 | | | | |
| 2,002 | | | | |
| 2,003 | | | | |
| 2,004 | | | | |
| 2,005 | | | | |
| 2,006 | | | | |
| 2,007 | | | | |
| 2,008 | | | | |
| 2,009 | | | | |
| 2,010 | | | | |
| 2,011 | | | | |
| 2,012 | | | | |
| 2,013 | 829 | | 829 | |

Total carryforward listed above          829
Additional losses subject to 90% AMTI
limitation
Additional losses not subject to 90% AMTI
limitation

Carryback

| Tax Year | Alternative Tax NOL | Prior Amount Utilized | Current Amount Utilized | Amount available in other years |
|---|---|---|---|---|
| 2,015 | | | | |
| 2,016 | | | | |
| 2,017 | | | | |
| 2,018 | | | | |
| 2,019 | | | | |

Total carryback listed above
Additional losses subject to 90% AMTI
limitation
Additional losses not subject to 90% AMTI
limitation

| Form **1125-A** | **Cost of Goods Sold** | | |
|---|---|---|---|

(Rev. December 2012)

Department of the Treasury
Internal Revenue Service

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.**
▶ **Information about Form 1125-A and its instructions is at www.irs.gov/form1125a.**

OMB No. 1545-2225

Name
CUSTOM BYTES OF KY

Employer identification number
20-5352758

| | | | |
|---|---|---|---|
| **1** | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 31,000 |
| **2** | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 334,380 |
| **3** | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . . . | **4** | |
| **5** | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . | **6** | 365,380 |
| **7** | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 50,105 |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) . . . . . . . . . . . . . . . | **8** | 315,275 |

**9a** Check all methods used for valuing closing inventory:

(i) ☒ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? . . ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

Form **1125-E**
(Rev. December 2013)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-2225

Name

CUSTOM BYTES OF KY

**Employer identification number**

20-5352758

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** ALEKSANDR MUNITS | | % | % | % | 37,721 |
| MARTIN PRIELOZNY | | % | % | % | 37,721 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 75,442 |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 75,442 |

**SPA**   For Paperwork Reduction Act Notice, see separate instructions.   1037 PEI 4BC041   Form **1125-E** (Rev. 12-2013)

**Fill in this information to identify the case:**

Debtor name **Custom Bytes Inc of KY**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __December  3, 2015__          X /s/ Martin Prielozny
                                              Signature of individual signing on behalf of debtor

                                              **Martin Prielozny**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Custom Bytes Inc of KY** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LG Electronics of Alabama Inc c/o L Franklin Corley IV Esq SIROTE & PERMUTT PC 305 Church St Ste 800 Huntsville, AL 35804** | | | **Unliquidated Disputed** | | | $139,887.60 |
| **US Bank POB 790408 Saint Louis, MO 63179-0408** | | | | | | $6,914.27 |
| **UPS Lockbox 577 Carol Stream, IL 60132-0577** | | | | | | $6,009.90 |
| **Bradley Arant Boult Cummins LLP 200 Clinton Ave West Ste 900 Huntsville, AL 35801-4900** | | | | | | $4,463.75 |
| **Atradius Collections Inc for LG Elecronics 1200 Arlington Heights Rd Ste 410 Itasca, IL 60143** | | | **Disputed** | | | $3,008.03 |
| **Commonwealth of Kentucky Div. of Unemployment Ins. PO Box 948 Frankfort, KY 40602-0948** | UEI | | | | | $1,116.05 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Custom Bytes Inc of KY**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Uline**<br>**PO Box 88741**<br>**Chicago, IL**<br>**60680-1741** | | | | | | **$618.88** |
| **Quill Corporation**<br>**PO Box 37600**<br>**Philadelphia, PA**<br>**19101-0600** | | | **Disputed** | | | **$292.08** |

**Fill in this information to identify the case:**

Debtor name      **Custom Bytes Inc of KY**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................................  $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................  $ _____**77,400.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................  $ _____**77,400.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................  $ _____**0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.....................................................  $ _____**1,116.05**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................  +$ _____**161,194.51**

4.    Total liabilities ..............................................................................................................
    Lines 2 + 3a + 3b                                                                                      $ _____**162,310.56**

**Fill in this information to identify the case:**

Debtor name **Custom Bytes Inc of KY**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$200.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1.. **Checking acct** | | | **$17,000.00** |
|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                          **$17,200.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. **LG&E** | **$200.00** |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **Custom Bytes Inc of KY**                          Case number *(If known)* _____
                     Name

9.    **Total of Part 2.**                                                    | **$200.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **4,000.00**    -        **0.00**    = ....        | **$4,000.00** |
                                                face amount                 doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | **$4,000.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials Inventory** | | **$0.00** | | **$25,000.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                    | **$25,000.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Custom Bytes Inc of KY**                                    Case number *(If known)* _____
                    Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** <br>**Machinery used in business** | **$0.00** | | **$18,000.00** |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** <br>**Office equipment & supplies** | **$0.00** | | **$8,000.00** |
| 42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                                    **$26,000.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|      47.1..  **2011 Ford truck** | **$0.00** | | **$5,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **Custom Bytes Inc of KY**                                          Case number *(If known)* _____
          Name

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.      **Total of Part 8.**                                                                    | **$5,000.00** |

          Add lines 47 through 50.  Copy the total to line 87.

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
          ■ No
          ☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

          ■ No.  Go to Part 10.
          ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

          ■ No.  Go to Part 11.
          ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
          Include all interests in executory contracts and unexpired leases not previously reported on this form.

          ☐ No.  Go to Part 12.
          ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.      **Notes receivable**
          Description (include name of obligor)

72.      **Tax refunds and unused net operating losses (NOLs)**
          Description (for example, federal, state, local)

73.      **Interests in insurance policies or annuities**
          **General liability**
                                                                                          **Unknown**

74.      **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.      **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **Custom Bytes Inc of KY**                                         Case number *(If known)*  _____
         <sub>Name</sub>

| 78. | **Total of Part 11.** | | **$0.00** |
|-----|----------------------|--|-----------|

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **Custom Bytes Inc of KY** | Case number *(If known)* |
|--------|----------------------------|---------------------------|
| | Name | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $25,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $77,400.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $77,400.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Custom Bytes Inc of KY**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Custom Bytes Inc of KY**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>**Commonwealth of Kentucky**<br>**Div. of Unemployment Ins.**<br>**PO Box 948**<br>**Frankfort, KY 40602-0948** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,116.05 | $ 1,116.05 |
| | **Date or dates debt was incurred** | Basis for the claim:<br>**UEI** | | |
| | **Last 4 digits of account number** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (8) | | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Atradius Collections Inc**<br>**for LG Elecronics**<br>**1200 Arlington Heights Rd Ste 410**<br>**Itasca, IL 60143** | $ 3,008.03 |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Basis for the claim: | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                 26018                 Best Case Bankruptcy

Debtor 1   **Martin Prielozny**

First Name        Middle Name        Last Name

Case number (*if know*) _____

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **4,463.75** |

**Bradley Arant Boult Cummins LLP**
**200 Clinton Ave West Ste 900**
**Huntsville, AL 35801-4900**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **1001**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **139,887.60** |

**LG Electronics of Alabama Inc**
**c/o L Franklin Corley IV Esq**
**SIROTE & PERMUTT PC**
**305 Church St Ste 800**
**Huntsville, AL 35804**

*Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **292.08** |

**Quill Corporation**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **2256**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **618.88** |

---

Debtor 1   **Martin Prielozny**

First Name          Middle Name          Last Name                          Case number *(if know)*

---

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **0040**

☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **6,009.90** |

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **6,914.27** |

**US Bank**
**POB 790408**
**Saint Louis, MO 63179-0408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **3722**

☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | **1,116.05** |

Debtor 1   **Martin Prielozny**

First Name          Middle Name                    Last Name

Case number (if know) _____

**5b. Total claims from Part 2**

5b.  +  $                161,194.51

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.

5c.  $                162,310.56

**Fill in this information to identify the case:**

Debtor name    **Custom Bytes Inc of KY**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Office lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Broadway LLC** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Warehouse lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Westin, Inc** |

**Fill in this information to identify the case:**

Debtor name    **Custom Bytes Inc of KY**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **Custom Bytes Inc of KY**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:**<br>From  / / to  / / | ☐ Operating a business<br>■ Other   **Income from business 2015 YTD (estimated)** | **$400,000.00** |
| **For the fiscal year:**<br>From  / / to  / / | ☐ Operating a business<br>■ Other   **Income from business 2014** | **$501,950.00** |
| **For the fiscal year:**<br>From  / / to  / / | ☐ Operating a business<br>■ Other   **Income from business 2013** | **$513,718.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Custom Bytes Inc of KY**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **UPS** | **Regular payments** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.2.  **Broadway LLC** | **Regular rental payments** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **LG Electronics Alabama, Inc v Custom Bytes, Inc. of KY** | **Breach of contract** | **Madison Circuit Court Huntsville AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Custom Bytes Inc of KY**                                Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Harold Stephens** | **Atty fees - $5,000.00** | **July, 2015** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **David M. Cantor** | **Retainer - $6,720.00** | **Nov 2015** | **$6,720.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 3

Debtor    **Custom Bytes Inc of KY**                                  Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Custom Bytes Inc of KY** | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Numerous Clients** | **Office** | **Computers** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Company's prinicpals** | **Office** | **Misc tools** | **$0.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Custom Bytes Inc of KY**                                          Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service |
|---|---|
| | From-To |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service |
|---|---|
| | From-To |
| 26b.1.    **Kentucky Dept of Rev** | **Sales tax audit** |
| | **2014** |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Debtor** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor   **Custom Bytes Inc of KY**                                Case number *(if known)*

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Martin Prielozny | Nov 23, 2015 | $25,000.00 retail |

| Name and address of the person who has possession of inventory records |
|---|
| Martin Prielozny |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Martin Prielozny | | President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aleksandr Munits | | Sec/Treas | 50% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Custom Bytes Inc of KY**                                    Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

�)■( No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  3, 2015**

**/s/ Martin Prielozny**                          **Martin Prielozny**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Kentucky

In re **Custom Bytes, Inc. of KY**

Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **340.00/hr** |
| Prior to the filing of this statement I have received | $ **6,720.00 retainer** |
| Balance Due | $ **340.00/hr** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **December 3, 2015**

/s/ David M. Cantor
**David M Cantor**
**Seiller Waterman LLC**
**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
**502-584-7400  Fax: 502-583-2100**

---

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Custom Bytes Inc of KY**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aleksandr Munits** | | | **50%** |
| **Martin Prielozny** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December  3, 2015**

Signature    **/s/ Martin Prielozny**

**Martin Prielozny**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of Kentucky

In re    **Custom Bytes Inc of KY**
_____    Case No. _____
                              Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December  3, 2015**
_____

/s/ Martin Prielozny
_____
**Martin Prielozny/President**
Signer/Title

Atradius Collections Inc
for LG Elecronics
1200 Arlington Heights Rd Ste 410
Itasca IL 60143

Bradley Arant Boult Cummins LLP
200 Clinton Ave West Ste 900
Huntsville AL 35801-4900

Commonwealth of Kentucky
Div. of Unemployment Ins.
PO Box 948
Frankfort KY 40602-0948

LG Electronics of Alabama Inc
c/o L Franklin Corley IV Esq
SIROTE & PERMUTT PC
305 Church St Ste 800
Huntsville AL 35804

Quill Corporation
PO Box 37600
Philadelphia PA 19101-0600

Uline
PO Box 88741
Chicago IL 60680-1741

UPS
Lockbox 577
Carol Stream IL 60132-0577

US Bank
POB 790408
Saint Louis MO 63179-0408

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Custom Bytes Inc of KY**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Custom Bytes Inc of KY**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  3, 2015**

Date

**/s/ David M Cantor**

**David M Cantor**

Signature of Attorney or Litigant

Counsel for    **Custom Bytes Inc of KY**

**Seiller Waterman LLC**

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
**502-584-7400 Fax:502-583-2100**