UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUSTOM BYTES INC OF KY | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 15-33890 |
| | ) | |

**DEBTOR'S MOTION FOR AN ORDER (A) SETTING
A BAR DATE FOR FILING PROOFS OF CLAIM;
AND (B) APPROVING FORM OF NOTICE OF BAR DATE**

✱ ✱ ✱     ✱ ✱ ✱     ✱ ✱ ✱

Comes the Debtor, Custom Bytes Inc of KY (the **"Debtor"**), by counsel, and hereby files its Motion for an Order (a) Setting a Bar Date for Filing Proofs of Claim; and (b) Approving Form of Notice of Bar Date (the **"Bar Date Motion"**). In support of the Bar Date Motion, Debtor states as follows:

### Jurisdiction

1.   This Court has jurisdiction to consider the Bar Date Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.   On December 3, 2015 (the **"Petition Date"**), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified, or supplemented, the **"Bankruptcy Code"**) [DN 1]. In accordance with §§ 1107(a) and 1108 of the Bankruptcy Code, Debtor continues to operate as a debtor in possession.

3.   No trustee or examiner has been appointed in this case. A committee of unsecured creditors has not been appointed in this case.

4.	Debtor is a Kentucky corporation with its principal office located in Louisville, Kentucky. It specializes in computer repairs and retail sales.

### Relief Requested

5.	Debtor requests entry of an order establishing Thursday, **February 18, 2016** (the **"Bar Date"**), as the deadline for all creditors and parties in interest asserting a claim against the Debtor arising before the Petition Date to file a proof of claim. Creditors who already have a claim filed of record need not file another claim prior to the Bar Date.

6.	Section 105 of the Bankruptcy Code codifies the inherent equitable powers of the Bankruptcy Court. *See Croton River Club v. Half Moon Bay Homeowners' Assoc., Inc. (In re Croton River Club)*, 52 F.3d 41, 45 (2nd Cir. 1995).

7.	Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**) provides, in pertinent part, that the "court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed."

8.	Establishing a proof of claim bar date will assist the Debtor with its reorganization and aid in administering the estate. If the proposed Bar Date is approved, creditors will have forty-five (45) days to timely file their claims from the filing of this Motion.

9.	The Debtor requests that the requirement to file a proof of claim applies to all persons who seek to assert any claim against the Debtor, except the claims in the following categories need not be filed by that date: (a) claims scheduled by the Debtor, other than those claims scheduled as unliquidated, contingent, or disputed, or which the creditor believes to be scheduled in an incorrect amount; (b) claims against the Debtor for fees and expenses incurred by professionals retained in this case; and (c) claims for which a proof of claim has been previously filed with the Court.

10. In order to properly proceed in the chapter 11 case and seek confirmation of a chapter 11 plan or approval of any other disposition of estate assets, the Debtor and all other parties must have actual knowledge of the nature and extent of liabilities. Therefore, pursuant to Rule 3003(c)(3) of Bankruptcy Rules, Debtor asks this Court to fix the time within which all claimants must file a proof of claim or be forever barred from voting on a plan, receiving distribution or receiving notice of any other matter set out in the Bankruptcy Code or applicable Bankruptcy Rules.

11. In addition, Debtor proposes that each holder of a claim against Debtor's estate be required to submit its proof of claim on a form in substantial conformity with Official Form 10 (the **"Claim Form"**) and in compliance with all applicable Bankruptcy Rules.

12. The Debtor further requests that the Court approve the form and substance of the Notice of Bar Date to File Proofs of Claim (the **"Notice"**) attached hereto as **Exhibit "A"** to be sent to all known creditors listed on the Debtor's schedules, and to all parties listed on the current creditor mailing matrix in this case.

13. Within five (5) business days of the entry of the order approving the Bar Date Motion (the **"Bar Date Order"**), Debtor will cause written notice of the Bar Date, substantially in the form as the attached Exhibit "A," to be transmitted to (a) the Office of the United States Trustee; (b) all persons and entities who have filed a notice of appearance pursuant to Bankruptcy Rule 2002; (c) all known creditors and parties of interest listed on the current creditor mailing matrix; and (d) all governmental taxing authorities.

WHEREFORE, the Debtor requests that this Court approve the Bar Date Motion, including all terms as proposed herein; and to order such other and further relief as the Court deems proper.

Respectfully submitted,

/s/ David M. Cantor
DAVID M. CANTOR
KEITH J. LARSON
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: larson@derbycitylaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

It is hereby certified that on January 4, 2016, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to all persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

/s/ David M. Cantor
DAVID M. CANTOR

G:\doc\DMC\CUSTOM BYTES\Pldgs\Motion to Set Bar Date.doc