UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUSTOM BYTES INC OF KY | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 15-33890 |
| | ) | |

### NOTICE OF CLAIMS BAR DATE
✱ ✱ ✱   ✱ ✱ ✱   ✱ ✱ ✱

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Western District of Kentucky (the **"Bankruptcy Court"**) has entered an Order establishing **February 18, 2016** (the **"Bar Date"**) as the last date for filing claims against Custom Bytes Inc of Ky (the **"Debtor"**). The requirement to file a proof of claim applies to all persons who seek to assert any claim against the Debtor, except that claims in the following categories need not be filed by that date: (a) claims scheduled by the Debtor, other than those claims scheduled as unliquidated, contingent, or disputed, or which the creditor believes to be scheduled in an incorrect amount; (b) claims against the Debtor for fees and expenses incurred by professionals retained in this case; and (c) claims for which a proof of claim has been previously filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that you should not file a proof of claim if you do not have a claim against the Debtor. That you received this Notice does not mean that you have such a claim or that the Debtor believes that you have such a claim. Moreover, the Debtor or its attorneys cannot tell you whether you have such a claim or whether you should file a proof of claim.

**PLEASE TAKE FURTHER NOTICE** that if you file a proof of claim, you are required to prepare and file a proof of claim in the form attached hereto. **To be deemed properly filed, the proof of claim must be filed with the Clerk of the United States Bankruptcy Court for the Western District of Kentucky, Louisville Division, 601 West Broadway, Suite 450, Louisville, Kentucky 40202 by 5:00 p.m. (E.S.T.) on or before February 18, 2016. Claims are not filed until actually received by the Clerk. <u>Claimants who have already filed proofs of claim should not file a duplicate claim</u>. Except for those creditors not required to file a proof of claim as set forth above, if a creditor fails to timely file a proof of claim or interest, the creditor shall (a) be forever barred from participating in any distributions from the Debtor's estate under a plan of reorganization or other disposition of estate assets, (b) be barred from voting with respect to any plan filed in this case, and (c) not receive any further mailings of notices or other materials in the Debtor's chapter 11 case.**

G:\doc\DMC\CUSTOM BYTES\Pldgs\Motion to Set Bar Date - Notice.doc